**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **DONALD KEENS** <br><br> **Plaintiff,** <br><br> vs. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.** <br><br> **Defendant.** | Case No.: <br><br> **CIVIL COMPLAINT** <br><br> **AND** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Donald Keens, ("Plaintiff"), by and through his undersigned attorney, hereby sues Defendant Experian Information Solutions, Inc. ("Experian") and alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of 15 U.S.C. §1681 *et seq.,* the Fair Credit Reporting Act, ("FCRA").

## JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this district under 28 U.S.C § 1391(b).

## PARTIES

4. Plaintiff is a natural person who, at all relevant times, has resided in the city and county of Broomfield, State of Colorado, and is a "consumer" as defined by 15 U.S.C. §1681a(c). Plaintiff is also a "person" as defined by 15 U.S.C. §1681a(b).

5. Defendant, Experian Information Solutions, Inc., is a business entity that regularly conducts business in Colorado, with its principal place of business as 475 Anton Blvd, Costa

Mesa, CA 92626 and is a "credit reporting agency" as defined by 15. U.S.C. §1681a(f) of the FCRA.

## FACTUAL STATEMENT

6. Plaintiff repeats and realleges the prior allegations as if fully set forth herein.

7. Plaintiff, who suffers from autism, had been in foster care since he was approximately two (2) months old. At some point in time, he decided to try to meet his biological mother, non-party Christine Baldwin.

8. Plaintiff met Ms. Baldwin and she became aware of Plaintiff's good credit history. At some point thereafter, Ms. Baldwin opened up a credit card in Plaintiff's name, without his consent or authorization, with Credit First National Association ("CFNA").

9. Ms. Baldwin used the CFNA card to purchase goods and/or services, totaling approximately $1,000.00, from Firestone Complete Auto Care, in Goose Creek, South Carolina, on November 16 and 18, 2016.

10. Plaintiff never purchased any goods and/or services from Firestone Complete Auto Care at that time. In addition, Plaintiff did not authorize Ms. Baldwin to open a credit card in his name at any time and he did not agree that she could use such a card to make purchases in his name. Plaintiff subsequently filed an Identity Theft Report with the Federal Trade Commission in order to report the incident(s).

11. When Plaintiff ran his credit report on or about June 21, 2017, he saw the tradeline reflecting an overdue account for CFNA of $1,143.00 from November 2016. On that date, Plaintiff sent a dispute letter to Defendant demanding investigation and/or reinvestigation of the tradeline and its removal as inaccurate.

12. Thereafter, by letter dated July 21, 2017, Defendant indicated that they had completed the processing of Plaintiff's dispute and the item would not be changed as a result of their processing of his dispute.

13. Upon information and belief, Defendant did not investigate, or reasonably investigate, the accuracy of the information it was reporting, which was false.

14. Upon information and belief, Defendant improperly reported this tradeline/debt as belonging to Plaintiff when, in fact, this debt was not owed by, nor authorized by, Plaintiff. In addition, Defendant did not properly reinvestigate the alleged debt after receiving Plaintiff's dispute notice.

15. As a result of the Defendants' actions, Plaintiff has been damaged as his credit score has been artificially deflated, and he is entitled to relief.

## COUNT I
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681, et seq.

16. Plaintiff repeats and realleges the prior allegations as if fully set forth herein.

17. Upon information and belief, Defendant did nothing in the way of an investigation to check on the accuracy of the information they were reporting which was a tradeline for a debt that was incurred by another individual. In fact, the invoices generated by Firestone Complete Auto Care for the dates in question were in the name of Christine Baldwin, not Plaintiff.

18. Defendant Experian prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

19. Defendant Experian's reports contained information about Plaintiff that was false, misleading, and inaccurate.

20. Defendant Experian negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff in violation of 15 U.S.C. § 1681e(b).

21. Defendant Experian violated 15 U.S.C. § 1681i by failing to delete inaccurate information placed on Plaintiff's credit report after receiving actual notice of these inaccuracies and by failing to conduct a reasonable investigation into the inaccuracies on Plaintiff's credit report.

22. Defendant Experian's conduct, action and inaction was willful rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.  In the alternative, Experian was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

## **JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Donald Keens, requests that this Court enter judgment against the Defendant, and on behalf of Plaintiff for the following:

A. Declaring Defendant Experian's actions, as described above, to be in violation of the FCRA;

B. For damages against Defendant under 15 U.S.C. §1681n and/or 15 U.S.C. §1681o, plus attorneys fees, costs and any other relief under the FCRA;

C. For such other and further relief as may be just and proper.

| | |
|---|---|
| Date: January 5, 2018 | /s/David Force, Esq. |
| | Law Offices of Michael Lupolover |
| | 120 Sylvan Avenue, Suite 303 |
| | Englewood Cliffs, NJ 07632 |
| | Telephone: 201-461-0059 |
| | Facsimile: 201-608-7116 |
| | Email: DPF@lupoloverlaw.com |